**Civil Cover Sheet (continued)**

**Section I. (c), Plaintiff's Attorneys:**

PEIFER, HANSON, MULLINS & BAKER, P.A.

*/s/ Matthew M. Beck*
        Matthew M. Beck
20 First Plaza Center, Suite 725
Albuquerque, NM 87102
Tel.: (505) 247-4800
mbeck@peiferlaw.com

KIRBY McINERNEY LLP

Sarah E. Flohr (*pro hac vice* forthcoming)
David E. Kovel (*pro hac vice* forthcoming)
James A. Isacks (*pro hac vice* forthcoming)
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
dkovel@kmllp.com
sflohr@kmllp.com
jisacks@kmllp.com

Anthony F. Fata (*pro hac vice* forthcoming)
Cormac H. Broeg (*pro hac vice* forthcoming)
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: (312) 767-5180
afata@kmllp.com
cbroeg@kmllp.com

**Section I., Defendants:**

Permian Resources Corporation f/k/a Centennial Resource Development, Inc., Expand Energy Corporation f/k/a Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company, Scott D. Sheffield, John B. Hess, and John Does 1-60.