IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION          Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

**ORDER GRANTING MOTION TO WITHDRAW**

Mark J. Bourassa, Jenniffer A. Fornetti, Valerie S. Christian, and Bourassa Law Group LLC ("Attonreys") move to "to withdraw their appearance as counsel of record for Plaintiff John Mellor." Doc. 252 at 1. They were initially "retained as local counsel for Gross Klein PC and Schneider Wallace Cottrell Konecky LLP, who will continue to serve as" Mellor's counsel in this case. *Id.* Given that Mellor's "primary counsel will remain[]" and the case's transfer to this Court renders the Attorney's "appearance as local counsel [] no longer necessary[,]" the Court grants the motion, Doc. 252. *Id.* at 1; *Cf.* D.N.M.LR.-Civ. 83.4(b) ("A member of a firm may file a withdrawal of appearance from a particular case without meeting the requirements of D.N.M.LR.-Civ. 83.8, provided that at least one member remains in the case.").

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA