**SEATING CHART**
**24–MD–3119 MLG- LF**
**In Re: Shale Oil Antitrust Litigation**
Moton to Intervene

DATE:   Tuesday, July 15, 2025, at 9:30 a.m.

Stephen Chuck, Kurt Summer, Jeff Zeiger, Earl Debrine, Ben Feuchter



Daniel Higgins — Fran Jennings
Billy Trabando — Stephen Medlock
Tom Walsh — Boris Bershteyn
Andrew Paik
Nicholas Smith — Melanie Jack
Adam Steinhilber

Candice Enders
Brian Moore — Carmen Medici
Karin Swope — Patrick Coughlin
Chris Dodd

**[BENCH]**